UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


DIAMOND STATE INSURANCE COMPANY,

     Plaintiff,

v.                                                          CASE NO.  3:13-cv-000457-MMH-PDB

FAMILY SUPPORT SERVICES OF
NORTH FLORIDA, INC.; MENTAL
HEALTH RESOURCE CENTER, INC.;
RENAISSANCE BEHAVIORAL HEALTH
SYSTEM, INC. and P.L.S. and B.P.S., minor
Children, by and through their parents and
NEXT FRIEND, PHILIPPE SABINUS, SR.,

     Defendants.

_____/

## STATUS REPORT

COME NOW the parties to this cause by and through their undersigned counsel and pursuant to this Court's Order dated May 15, 2017 [D.E. 70], and hereby file the following status report:

1. Pursuant to agreement of the appearing parties, this action was stayed on October 23, 2014 [D.E. 58].

2. Counsel for the appearing parties have conferred and agree that the stay should remain in effect.


Date:  June 1, 2017

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 1, 2017 I electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a copy of the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated CM/ECF.

Respectfully Submitted,

/s/*Bruce A. Aebel*
Bruce A. Aebel
Florida Bar No: 0066435
Email: baebel@bankerlopez.com
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL  33602
(813) 221-1700
Fax No: (813) 222-3066
Attorneys for Plaintiff/Counter-Defendant
Diamond State Insurance Company